AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> DiClerico, Joseph A. | **2. Court or Organization** <br><br> United States District Court District of New Hampshire | **3. Date of Report** <br><br> 5/13/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> District Judge Senior Status | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2013 <br> to <br> 12/31/2013 |
| **7. Chambers or Office Address** <br><br> 55 Pleasant Street, Room 400 <br> Concord, NH 03301 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I, Trust II, and Trust XV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee | Ausbon Sargent Land Preservation Trust |
| 4. | Director | Little Lake Sunapee Protective Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Ausbon Sargent Land Preservation Trust |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Richard Dodds | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. Patricia Kelsey | Use of barn to store boat (See Part VIII) | $780.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokerage Account #1 (H) | | | | | | | | | |
| 2.   -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3.   -Sh. Com. General Electric | A | Dividend | K | T | | | | | |
| 4.   -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6.   IRA Brokerage Acct #2 (H) | A | Int./Div. | K | T | | | | | |
| 7.   -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 8.   -IVA Worldwide Fund Class C | | | | | | | | | |
| 9. | | | | | | | | | |
| 10.   IRA Brokerage Acct. #3 (H) | D | Int./Div. | M | T | | | | | |
| 11.   -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 12.   -Loomis Sayles Strategic Income Fund Cl-y | | | | | | | | | |
| 13.   -PIMCO Unconstrained Bd. Fund CL Instit. | | | | | | | | | |
| 14.   -PIMCO All Asset FND Instl CL | | | | | Sold (part) | 03/15/13 | J | A | |
| 15. | | | | | | | | | |
| 16.   Trust I (name change 8/1/13 from Brokerage Acct. #1A) | D | Int./Div. | N | T | | | | | |
| 17.   -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dodge & Cox FDS Int'l Stk FD | | | | | | | | | |
| 19. -FPA New Income Inc-. | | | | | | | | | |
| 20. -IVA Worldwide Fund Class I | | | | | | | | | |
| 21. -Wells Fargo Adv Asset Alloc FD (change from Adm CL to CL1) | | | | | | | | | |
| 22. -Oppenheimer Dev. Mkts. CL y | | | | | Buy (add'l) | 07/03/13 | K | | |
| 23. -Rowe T Price Short Term BD FD Inc. | | | | | | | | | |
| 24. -FPA FDSTR Crescent Portfolio INSTL CL SHS | | | | | | | | | |
| 25. -Vanguard Specialized Portfolios Dividend Growth FD | | | | | | | | | |
| 26. -Fairholme FDS Inc. | | | | | Sold | 07/03/13 | K | B | |
| 27. | | | | | | | | | |
| 28. Trust II (name change 8/2/13 from Brokerage Acct. #4 (H)) | None | | L | T | | | | | |
| 29. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 30. -PR Commwlth. Cap. App. Zero Coup. Bnd 7/1/14 | | | | | | | | | |
| 31. -NH St. Cap. Impt. Col. Svgs. Zero Coup. Bnd 7/01/15 | | | | | | | | | |
| 32. -NH St. Cap. App. Zero Coup. Bnd 6/1/17 | | | | | Buy (add'l) | 07/17/13 | J | | |
| 33. -NH St. Col. Svgs. Zero Coup. Bnd 7/01/13 | None | | | | Redeemed | 07/05/13 | J | B | |
| 34. -PR Comwlth. Hwy & Transn. Auth. Zero Coup. Bnd 7/1/15 | None | | | | Sold | 04/15/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -University PR Rev. Zero Coup. Bnd 6/1/13 | | None | | | Redeemed | 06/03/13 | J | B | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. Truste III (name change 8/1/13 from Brokerage Acct. #5 (H)) | E | Int./Div. | P1 | T | | | | | |
| 39. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 40. -Sh. Com. Community Bancorp | | | | | | | | | |
| 41. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 42. -American Funds Capital World Growth & Inc. Fnd - Class F-1 | | | | | | | | | |
| 43. -Dodge & Cox FDS Int'l Stk FD | | | | | | | | | |
| 44. -American Funds Int'l Growth & Income FD Class F-1 | | | | | | | | | |
| 45. -FPA New Income Inc. | | | | | | | | | |
| 46. -Franklin Gold & Precious Metals Advisor CL SBI | | | | | | | | | |
| 47. -American Funds Fundamental Invs. Inc. Class F-1 | | | | | | | | | |
| 48. -IVA Worldwide Fund Class I | | | | | Buy (add'l) | 07/30/13 | K | | |
| 49. -American Funds Inc. New World CL F-1 | | | | | Buy (add'l) | 07/30/13 | K | | |
| 50. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | | | | | Buy (add'l) | 07/03/13 | K | | |
| 51. | | | | | Buy (add'l) | 07/30/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wells Fargo Adv. Asset Alloc FD (change - ADM CL to CL1) | | | | | | | | | |
| 53. -PIMCO All Asset Funds Inst. CL | | | | | | | | | |
| 54. -Rowe T. Price Short TRM BD FD Inc. | | | | | | | | | |
| 55. -FPA FDS TR FPA Crescent Portfolio Instl. CL SHA | | | | | | | | | |
| 56. -Vanguard Specialized Portfolios Dividend Growth FD | | | | | Buy (add'l) | 07/31/13 | K | | |
| 57. | | | | | | | | | |
| 58. TRUST IV (formerly listed as Trust XV) | F | Int./Div. | P1 | T | | | | | |
| 59. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 60. -Sh. Com. Community Bancorp | | | | | | | | | |
| 61. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 62. -American Mutual FD Inc. A | | | | | | | | | |
| 63. -American Fund Fundamental Investors Inc. Class A | | | | | | | | | |
| 64. -American Fund New World Fund Class A | | | | | | | | | |
| 65. -Artisan FDS Inc. International Value Fd Inv. Shs. | | | | | | | | | |
| 66. -Dodge and Cox FDS Int'l Stk FD | | | | | | | | | |
| 67. -Fairholme FDS Inc. | | | | | | | | | |
| 68. -Franklin Gold & Precious Metals Advisor Cl SBI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IVA Worldwide Fund Class 1 | | | | | | | | | |
| 70. -Longleaf Partners FDS Sh. Ben Int. | | | | | | | | | |
| 71. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | | | | | | | | | |
| 72. -Wells Fargo Advan. FDS-Asset Alloc Fd (change from Adm. CL | | | | | | | | | |
| 73. to CL1 2/25/13) | | | | | | | | | |
| 74. -Oppenheimer Dev. MKTS CL y | | | | | | | | | |
| 75. -PIMCO All Asset Fnd. Instit. CL | | | | | | | | | |
| 76. -FPA FDS TR FPA Crescent Portfolio Instl CL SHS | | | | | | | | | |
| 77. -T. Rowe Price New Era Fund | | | | | Sold | 07/03/13 | L | | |
| 78. | | | | | | | | | |
| 79. TRUST V (formerly listed as Trust IX ) | E | Int./Div. | O | T | | | | | |
| 80. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 81. -Sh. Com. Exxon Mobil | | | | | | | | | |
| 82. -Sh. Com. General Electric | | | | | | | | | |
| 83. -IVA Worldwide Fund CL1 | | | | | | | | | |
| 84. -Wells Fargo FDS Trust Absolute Return Fnd. Adm. CL | | | | | Buy | 07/08/13 | L | | |
| 85. -PIMCO Unconstrained Bd. FD CL Instit. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PIMCO All Asset All Auth. CL1 | | | | | | | | | |
| 87. -FPA Crescent Instit. CL | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. TRUST VI (formerly listed as Trust X) | E | Int./Div. | P1 | T | | | | | |
| 90. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 91. -Dodge & Cox Stock Fund | | | | | | | | | |
| 92. -FPA New Income Inc. | | | | | | | | | See Part VIII |
| 93. - Franklin Gold & Precious Metals Advisor CL SBI | | | | | | | | | |
| 94. -IVA Worlwide Fund CL 1 | | | | | | | | | |
| 95. -Longleaf Partners FDS Trust | | | | | | | | | |
| 96. -Loomis Sayles Funds: Strategic Income Fund CL-y | | | | | | | | | |
| 97. -Wells Fargo FDS Trust WFA Absolute Return Fund Adm CL | | | | | | | | | |
| 98. -PIMCO Unconstrained Bd Fund CL Institutional | | | | | | | | | |
| 99. -Wells Fargo Advant. Asset Alloc. FD ADM. CL. | | | | | Sold (part) | 07/02/13 | K | D | |
| 100. -Oppenheimer Dev. Mkts. Fnd. Cl y | | | | | Buy | 07/02/13 | K | | |
| 101. -PIMCO All Asset FND Inst. CL | | | | | | | | | |
| 102. -FPA Crescent Instit. CL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Rowe T. Price Emerging Markets Stock Fund | | | | | Sold | 07/02/13 | K | | |
| 104. | | | | | | | | | |
| 105.  TRUST VII (formerly listed as Trust XI) | D | Int./Div. | M | T | | | | | |
| 106.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 107.  -American Funds: International Growth &Income CLA | | | | | | | | | |
| 108.  -American Funds: New World Fund CLA | | | | | | | | | |
| 109. | | | | | | | | | |
| 110.  TRUST VIII (formerly lsited as Trust XII) | E | Int./Div. | O | T | | | | | |
| 111.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 112.  -Sh Com. Exxon Mobil | | | | | | | | | |
| 113.  -Sh Com. General Electric | | | | | | | | | |
| 114.  -IVA Worldwide FD CL1 | | | | | | | | | |
| 115.  -Wells Fargo FDS Trust Absolute Return Fnd. Ad.m. CL. | | | | | Buy | 07/08/13 | K | | |
| 116.  -PIMCO Unconstrained BD FD Instit. CL | | | | | | | | | |
| 117.  -PIMCO All Asset All Authority Instit. CL | | | | | | | | | |
| 118.  -FPA Crescent Instit. CL | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRUST IX (formerly listed as Trust XIII) | D | Int./Div. | M | T | | | | | |
| 121. -Wells Fargo Adv. Bk. Dep. Prg. | | | | | | | | | |
| 122. -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 123. -American Funds: New World Fund - A | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. TRUST X (formerly listed as Trust XIV) | E | Int./Div. | P1 | T | | | | | |
| 126. -Wells Fargo Adv. Bk. Dep. Prog. | | | | | | | | | |
| 127. -Dodge & Cox Stock Fund | | | | | Sold (part) | 07/02/13 | L | E | |
| 128. -FPA New Income Inc. | | | | | | | | | |
| 129. -Franklin Gold & Precious Metals Advisor CL SBI | | | | | | | | | |
| 130. -IVA Worldwide Fund Class 1 | | | | | | | | | |
| 131. -Longleaf Partners Fund Trust | | | | | | | | | |
| 132. -Loomis Sayles Fund - Strategic Income Fund CL-Y | | | | | | | | | |
| 133. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | | | | | | | | | |
| 134. -PIMCO Unconstrained BD Fund CL Institutional | | | | | | | | | |
| 135. - Wells Fargo Advantage Asset Allocation FD Admin. CL | | | | | Sold (part) | 07/02/13 | K | D | |
| 136. -Oppenheimer Dev. Mkts. Fnd. | | | | | Buy | 07/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -PIMCO All Asset FND Inst. CL | | | | | | | | | |
| 138.  -FPA Crescent Instit. CL | | | | | | | | | |
| 139.  -Rowe T. Price Int'l Funds Emerging Markets Stock Fund | | | | | Sold | 07/02/13 | K | | |
| 140. | | | | | | | | | |
| 141.  TRUST XI (formerly lised as Trust XVI) | E | Dividend | P1 | T | | | | | |
| 142.  -American Balanced Fund CL A | | | | | Sold (part) | 07/02/13 | J | | |
| 143.  -American Funds - American Mutual Fund A | | | | | | | | | |
| 144.  -American Funds: International Growth and Income Fund-A | | | | | | | | | |
| 145.  -American Funds: Fundamental Investors A | | | | | Sold (part) | 07/02/13 | J | | |
| 146.  -American Funds: New World A | | | | | | | | | |
| 147. | | | | | | | | | |
| 148.  TRUST XII (formerly listed as Trust XVII) | E | Dividend | O | T | | | | | |
| 149.  -American Balanced FD CL A | | | | | Sold (part) | 07/02/13 | J | | |
| 150.  -American Funds: American Mutual Fund A | | | | | | | | | |
| 151.  -American Funds: International Growth & Income Fund-A | | | | | | | | | |
| 152.  -American Funds: Fundamental Investors - A | | | | | Sold (part) | 07/03/13 | J | | |
| 153.  -American Funds: New World Fund-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155.  Miscellaneous (H) | | | | | | | | | |
| 156.  -Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 157.  -Lake Sunapee Bank Account | A | Interest | K | T | | | | | |
| 158.  -Phoenix Mutual Life Ins. Co-Life Insurance | A | Dividend | K | T | | | | | |
| 159.  -Williams College Charitable Gift Annuity | | None | J | T | Buy | 04/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 5/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V - GIFTS

Page 3, line 1 - Estimated value based on 9/10/10 appraisal by realtor.

Page 3, line 2 - Estimated value based on commercial storage rates (2010).

Due to my friendship with these individuals, I am disqualified from presiding over any case involving them or their families, and they are not seeking to do business with the court.

PART VII - INVESTMENTS AND TRUSTS

Page 9, Lines 92: Sale on 6/5/12 was "part" sale. Therefore asset remains listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544